1074

**Louis GINSBURG v. COMMISSIONER OF INTERNAL REVENUE.**

**No. 5527.**

Circuit Court of Appeals, Sixth Circuit.

Nov. 7, 1930.

Peck, Shaffer & Williams, of Cincinnati, Ohio, and Edw. B. Follett, of Cleveland, Ohio, for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Dismissed by court order pursuant to stipulation of counsel.

**Frank GRAHAM, Appellant, v. UNITED STATES of America, Appellee.**

**No. 3131.**

Circuit Court of Appeals, Fourth Circuit.

Jan. 14, 1931.

J. Raymond Gordon, of Charleston, W. Va., for appellant.

James Damron, U. S. Atty., of Huntington, W. Va.

PER CURIAM.

Case docketed and dismissed on motion of appellee.

**GRAND BEACH COMPANY, Charles S. Abbott, and Landowners' Association v. Hon. Fred. M. RAYMOND, U. S. District Judge for Western District of Michigan.**

**No. 5708.**

Circuit Court of Appeals, Sixth Circuit.

June 28, 1930.

Charles S. Abbott, of Chicago, Ill., for petitioners.

PER CURIAM.

Petition for writ of mandamus denied by court order.

**L. Gessford HANDY and The Lionel Corporation, Appellees, v. AMERICAN FLYER MANUFACTURING COMPANY, Appellant.**

**No. 315.**

Circuit Court of Appeals, Second Circuit.

April 6, 1931.

Joel B. Liberman, of New York City (David P. Wolhaupter, of Washington, D. C., and Robert B. Killgore, of New York City, of counsel), for appellant.

George F. Scull, Walton Harrison, and John M. Cole, all of New York City, for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree [44 F.(2d) 633] affirmed on opinion below.